ACCEPTED
05-13-00405-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/10/2015 3:50:29 PM
LISA MATZ
CLERK

No. 05-13-00405-CR
_____

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/10/2015 3:50:29 PM
LISA MATZ
Clerk

In the Court of Appeals
Fifth District of Texas at Dallas
_____

**SRIHARI AVULA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**APPELLANT'S UNOPPOSED SECOND MOTION
TO EXTEND TIME TO FILE MOTION FOR REHEARING
AND MOTION FOR EN BANC RECONSIDERATION**

TO THE HONORABLE COURT OF APPEALS:

On January 30, 2015, the Court issued its opinion, affirming the appellant's conviction for DWI with a child passenger.  On February 17, 2015, the appellant filed *Appellant's Unopposed First Motion to Extend Time to File Motion for Rehearing and Motion for En Banc Reconsideration*.  On February 18, 2015, the Court granted the appellant's motion, making any motion for rehearing or motion for en banc consideration due on or before March 10, 2015.

The appellant moves the Court to extend the time to file a motion for rehearing and/or motion for en banc reconsideration to March 17, 2015 (seven additional days).  Good cause exists to grant this motion, viz.:

- 1 -

(1) For approximately the past 10 days, the appellant's counsel has had chronic bronchitis, and has accordingly been limited in his ability to work due to illness.

(2) The Court's opinion is 23 pages long, and a thorough discussion of the opinion will require a considerable effort on the part of the appellant's counsel.

(3) The appellant advanced seven points of error on appeal, and discussion of all the points in light of the Court's opinion will require a considerable effort on the part of the appellant's counsel.

(4) The appellee does not oppose this motion.

This motion is not brought for the purpose of delay only, but so that justice may be done. Neither party would be unfairly prejudiced should the Court grant this motion.

The appellant prays that the Court:

(1) extend the time for the filing of a motion for rehearing and motion for en banc reconsideration from March 10, 2015 to March 17, 2015.

(2) suspend TRAP 10.3(a)'s 10-day requirement for determining motions; and

(3) grant the appellant such other and further relief, at law or in equity, to which he may show himself otherwise entitled.

Respectfully submitted,

**/s/ *Jon A. Haslett***

Jon A. Haslett
Texas Bar No. 00795141
Law Office of Jon A. Haslett
4475 Trinity Mills Road, Box 701599
Dallas, Texas 75370-1599
(214) 287-3133
Jon.Haslett@hotmail.com
*Attorney for Appellant*

## CERTIFICATE OF CONFERENCE

On March 10, 2015, I conferred via email with Andrea L. Westerfeld, counsel for the appellee, The State of Texas. Ms. Westerfeld stated that the appellee does not oppose this motion.

**/s/ *Jon A. Haslett***

## CERTIFICATE OF SERVICE

Pursuant to TRAP 9.5(a), I hereby certify that on March 10, 2015, I served a true, complete, and correct copy of the *Appellant's Second Unopposed Motion to Extend Time to File Motion for Rehearing and Motion for En Banc Reconsideration*, via electronic filing, on the following:

John R. Rolater, Jr., via email to JRolater@co.collin.tx.us
Andrea L. Westerfeld, via email to AWesterfeld@co.collin.tx.us
Collin County District Attorney's Office
*Attorneys for Appellee*

**/s/ *Jon A. Haslett***